ACCEPTED
06-15-00026-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/15/2015 5:15:28 PM
DEBBIE AUTREY
CLERK

### NO. 06-15-00026-CR through 06-15-00028-CR

| | | |
|---|---|---|
| **ROGER DALE GAMMONS** | § | **IN THE** |
| | § | |
| **v** | § | **6th COURT** |
| | § | |
| **STATE OF TEXAS** | § | **OF APPEALS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

5/18/2015 7:49:00 AM

DEBBIE AUTREY
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes The State of Texas, Appellee in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellee's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 8th Judicial District Court of Hopkins County, Texas.

2.      The case below was styled the STATE OF TEXAS vs. ROGER DALE GAMMONS and numbered as 1423872 through 1423874.

3.      The Appellant was convicted and sentenced by the jury to LIFE in the penitentiary on each case.

4.      The Appellee's brief is due on May 15, 2015.  Appellee requests an extension time of approximately thirty (30) days from the present date, i.e. June 15, 2015.

6.      No previous extensions to file the brief have been received by Appellee in this cause.

7.      Appellee requests a thirty (30) day extension because Appellee's attorney is currently preparing for a murder trial beginning on June 8, 2015 in the 8th Judicial District Court entitled *State of Texas v. Roy Dean Duffey*.

**WHEREFORE, PREMISES CONSIDERED**, Appellee prays that this Court grant this Motion to Extend Time to File Appellee's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

By:    //s// Will Ramsay

Will Ramsay
8th Judicial District Attorney
State Bar No. 24039129
P.O. Box 882
110 Main Street
Sulphur Springs, TX 75482
Ph: (903) 885-0640
Fax: (903) 885-0641
wramsay@hopkinscountytx.org
Attorney for Appellee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF was delivered via email to J. Edward Niehaus, Attorney for Appellant, on May 15, 2015.

//s//Will Ramsay

WILL RAMSAY—Attorney for the Appellee